FILED
CLERK, U.S. DISTRICT COURT

AUG 31 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL WASHINGTON,           )   CASE NO. WD CV 11-2330-VAP (PJW)
                              )
            Plaintiff,        )
                              )   ORDER ACCEPTING REPORT AND
       v.                     )   ADOPTING FINDINGS, CONCLUSIONS,
                              )   AND RECOMMENDATIONS OF UNITED
VELMA, et al.,                )   STATES MAGISTRATE JUDGE
                              )
            Defendants.       )
_____)

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: Aug 31 2011         .

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE