FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>VELMA, et al.,<br><br>    Defendants. | Case No.  WD CV 11-2330-VAP (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  Aug 31 2011.

                                                         VIRGINIA A. PHILLIPS
                                                          UNITED STATES DISTRICT JUDGE